**Order entered January 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00578-CR

### MONIQUE DANAE MCCLINTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR11-1799**

## ORDER

Before the Court is the State of Texas's January 6, 2014 motion for an extension of time to file its response to appellant's brief. The Court **GRANTS** the motion and **ORDERS** the State to file its responsive brief with the Court no later than 5:00 p.m., Monday, January 13, 2014.

/s/    ADA BROWN
PRESIDING JUSTICE